UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:07-cr-172-J-33MCR

DONALD J. CIACCIO

**UNITED STATES' MOTION AND MEMORANDUM TO
DISMISS THE AMENDED PRELIMINARY ORDER OF
FORFEITURE FOR SUBSTITUTE ASSETS (Dkt. 30)
IN LIEU OF RESTITUTION TO VICTIMS**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests the Court to dismiss the Amended Preliminary Order of Forfeiture for Substitute Assets (Dkt. 30) in lieu of restitution to victims and sets forth the following:

1. On August 6, 2007, Defendant Donald J. Ciaccio pled guilty to Count One of the Information, which charges the defendant with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 371, for violations of 18 U.S.C. § 1343.  (Dkt. 7).  In his Plea Agreement, the defendant agreed to the immediate entry of a Personal Money Judgment in the amount of $686,300.00 and to the forfeiture of certain specified substitute assets.

2. On March 26, 2008, a Personal Money Judgment was entered against the defendant in the amount of $686,300.00. (Dkt. 24).

3. On March 28, 2008, a Judgment in a Criminal Case was entered against the defendant, wherein the defendant is required to pay a total of $1,160,156.62 in restitution toward certain specified victims. (Dkt. 27, p. 5).

4.       On April 15, 2008, the Court entered an Amended Preliminary Order of Forfeiture for Substitute Assets (Dkt. 30), pursuant to the provisions of Rule 32.2(e)(1)(B), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), forfeiting the interest of Defendant Ciaccio in the following:

      a.   $65,000.00 in U.S. Currency;

      b.   2004 GMC Envoy, VIN 1GKET16S246195697;

      c.   $191,989.00 in U.S. Currency in lieu of forfeiture of real property located at 2016 Bittersweet Drive, St. Anne, Illinois; and

      d.   a Man's Rolex watch,

in order to partially satisfy the Personal Money Judgment (Dkt. 24).

5.       On December 21, 2007, an Order Appointing Receiver (Dkt. 163) was entered in *United States v. Jerry M. Brewer, et al.*, United States District Court, Middle District of Florida, Jacksonville Division, Case No. 3:07:cr-90-J-33HTS.  Pursuant to the Order, Phillip S. Stenger was appointed Receiver for certain real and personal property derived from participants in workers' compensation insurance fraud schemes forming the basis of this and related criminal prosecutions.  The Receiver is to administer the collection, liquidation and distribution of forfeited assets to the victims of these criminal prosecutions, including the instant case against Defendant Ciaccio.

6.       Pursuant to the Order (Dkt. 163) entered in *United States v. Jerry M. Brewer, et al.*, the United States now requests that the Court dismiss the above-referenced assets from forfeiture in lieu of restitution and direct the United States Marshals Service to release said assets into the custody and control of the Receiver,

Phillip S. Stenger, for liquidation and disbursement for the benefit of the victims of the fraud scheme.

## **MEMORANDUM**

The government may forego forfeiture in favor of restitution. *United States v. Lavin*, 299 F.3d 123 (2nd Cir. 2002) (instead of pursuing forfeiture, government used seized funds to satisfy restitution order); *United States v. Gallant*, 306 F.3d 1181 (1st Cir. 2002) (order directing defendant to sell his assets so that he could pay restitution was a restitution order under section 3663, not a forfeiture order; no notice of forfeiture per Rule 32.2(a) was required); *United States v. O'Connor*, 321 F. Supp. 2d 722 (E.D. Va. 2004) (although the defendant has no right to use forfeited funds to satisfy a restitution order, the government may, pursuant to section 853(i)(1), ask the court to apply the forfeited funds to restitution for the benefit of the victims). It is the United States' intention to return funds to victims rather than forfeit the property to the United States.

WHEREFORE, the United States of America respectfully requests that the relief requested herein be granted.

                                Respectfully submitted,

                                A. BRIAN ALBRITTON
                                United States Attorney

By:   s/ Bonnie A. Glober
        BONNIE A. GLOBER
        Florida Bar No. 0748307
        Assistant United States Attorney
        United States Attorney's Office
        300 N. Hogan Street, Suite 700
        Telephone: (904) 301-6300
        Fax: (904) 301-6310
        E-mail: bonnie.glober@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      **Peter S. Spivack**
      psspivack@hhlaw.com

By:  *s/ Bonnie A. Glober*
      Bonnie A. Glober
      Florida Bar No. 0748307
      Assistant United States Attorney
      United States Attorney's Office
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:  (904) 301-6300
      Fax: (904) 301-6310
      E-mail:  bonnie.glober@usdoj.gov